IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC 2017 LLC et al | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CASE NO. 2:18-cv-00492-JRG-RSP |
| | § | |
| GOOGLE LLC | § | |
| *Defendant.* | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Wednesday, February 5, 2020, between Plaintiff, Uniloc 2017 LLC and Defendant, Google LLC.  The mediation session has been suspended.  The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 6th day of February 2020.

*/s/  David Folsom*
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone: (903) 255-3250
Facsimile:  (903) 255-3265
E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 6th day of February 2020.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/  David Folsom*
David Folsom